**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Office of the Clerk
300 North Hogan Street
Suite 9-150
Jacksonville, Florida 32202
904-549-1900
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Jim Leanhart
Acting Division Manager

November 8, 2012

United District Court
Southern District of Miami
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, FL 33128

IN RE: Enhanced Recovery Company, LLC, Telephone Consumer Protection Act Litigation

Your Case No.: <u>FLS 012-61086</u>     Case Number in our Court: <u>3:12-md-1-J-37JBT</u>

Dear Sir or Madam:

An order of the Judicial Panel on Multi District Litigation in MDL 2398, In re: Enhanced Recovery Company, LLC, Telephone Consumer Protection Act Litigation was received and filed. A certified copy of the Order is enclosed.

Please transmit your case electronically to us as soon as possible. Please identify the record with the number assigned in our Court as referenced above. In your transmittal letter to counsel advising them of the transfer of this case to the Middle District of Florida, Jacksonville Division, please include our case number.

Thank you for your assistance. If you have any questions, please call.

SHERYL L. LOESCH, CLERK

By: <u>/s/ Denise Seymour</u>
Deputy Clerk

ds/enclosure

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ENHANCED RECOVERY COMPANY,
LLC, TELEPHONE CONSUMER PROTECTION
ACT LITIGATION

MDL No. 2398

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On October 18, 2012, the Panel transferred 2 civil action(s) to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Roy B. Dalton, Jr..

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Dalton, Jr..

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Middle District of Florida for the reasons stated in the order of October 18, 2012, and, with the consent of that court, assigned to the Honorable Roy B. Dalton, Jr..

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 05, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U. S. DISTRICT COURT
By:
Deputy Clerk

IN RE: ENHANCED RECOVERY COMPANY,
LLC, TELEPHONE CONSUMER PROTECTION
ACT LITIGATION                                           MDL No. 2398

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 12-61086 | Aumick v. Enhanced Recovery Company, LLC |
| NEW YORK EASTERN | | | |
| NYE | 1 | 11-05270 | Tipoo v. Enhanced Recovery Company, Inc. |
| NYE | 2 | 12-00418 | Phillipson v. Enhanced Recovery Company, LLC |